## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AMBER ROBINSON,

    Plaintiff,

vs.

WIZARDS OF THE COAST,

    Defendant.

Case No.: 23-cv-11786

Honorable Judith E. Levy

Magistrate Judge Elizabeth A. Stafford

---

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>noah@hurwitzlaw.com<br>HURWITZ LAW PLLC<br>340 Beakes Street<br>Suite 125<br>Ann Arbor, Michigan  48104<br>Telephone:  844.487.9489<br><br>*Attorneys for Plaintiff* | Jaclyn R. Giffen (P75316)<br>jgiffen@littler.com<br>Ashley E. Monticciolo (P83378)<br>amonticciolo@littler.com<br>LITTLER MENDELSON, P.C.<br>200 Renaissance Center<br>Suite 3110<br>Detroit, Michigan  48243<br>Telephone:  313.446.6400<br>Fax No.:     313.446.6405<br><br>*Attorneys for Defendant* |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-titled case be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party.

This order resolves the last pending claim and closes the case.

Date: February 27, 2024                    s/Judith E. Levy
                                                                             JUDITH E. LEVY
                                                                             United States District Judge

The parties hereby stipulate to the entry of the above Stipulated Order Of Dismissal With Prejudice.

| HURWITZ LAW PLLC | LITTLER MENDELSON, P.C. |
|---|---|
| */s/ Noah S. Hurwitz (w/consent)* | */s/ Jaclyn R. Giffen* |
| Noah S. Hurwitz (P74063) | Jaclyn R. Giffen (P41599) |
| HURWITZ LAW PLLC | LITTLER MENDELSON, P.C. |
| 340 Beakes Street, Suite 125 | 200 Renaissance Center, Suite 3110 |
| Ann Arbor, Michigan 48104 | Detroit, Michigan 48243 |
| (844) 487-9489 | (313) 446-6400 |
| noah@hurwitzlaw.com | jgiffen@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: February 27, 2024 | Dated: February 27, 2024 |